FILED

NOV 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8929

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Marcos A. CARDENAS-Herrera Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about November 15, 2007, within the Southern District of California, defendant Marcos A CARDENAS-Herrera did knowingly and intentionally import approximately 24.41 kilograms (53.70 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH, DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Marcos A. CARDENAS-Herrera

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Gonzalez.

On November 15, 2007 at approximately 1547 hours, Marcos A. CARDENAS-Herrera entered the United States at the Andrade, California, Port of Entry. CARDENAS-Herrera was the driver of a 1998 Chevrolet Cavalier, bearing Arizona, license plate AZUS/329LMZ. CARDENAS-Herrera was the registered owner and lone occupant of the vehicle. The Customs and Border Protection (CBP) Officer inspected the vehicle on primary. CBP Officer Parle noticed that the gas tank sounded solid when tapped. CBP Officer Parle escorted CARDENAS-Herrera to vehicle secondary for an intensive inspection.

In the vehicle secondary lot, a Canine inspection of the vehicle was performed. The canine alerted and responded to rear area of the vehicle. CBP Officers noticed that dirt had been sprayed onto the gas tank area of the vehicle.

A subsequent inspection of the vehicle revealed 23 packages secreted inside the gas tank. One of the packages was probed and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 23 packages had a combined net weight of approximately 24.41 kilograms (53.70 pounds).

CARDENAS-Herrera was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived. CARDENAS-Herrera admitted knowledge of the cocaine and smuggling venture.

CARDENAS-Herrera was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.